1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Employers Mutual Casualty Company, | No. CV-18-02284-PHX-JAT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Charter School Capital Incorporated, et al., | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).

In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332(c)(1); *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010) (discussing the citizenship of a corporation). Specifically, although alleging diversity jurisdiction, Plaintiff failed to plead the principal place of business for any Defendant corporation, nor the state of incorporation for at least one Defendant.

Accordingly,

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS ORDERED** that by August 27, 2018, Plaintiff shall file a supplement to the complaint fully alleging federal subject matter jurisdiction, or this case will be dismissed, without prejudice, for lack of jurisdiction.

Dated this 16th day of August, 2018.

James A. Teilborg
Senior United States District Judge